No. 90–7447.  IN RE ALSTON.  Petition for writ of mandamus and/or prohibition denied.

No. 90–1361.  HOLYWELL CORP. ET AL. *v.* SMITH ET AL.; and
No. 90–1484.  UNITED STATES *v.* SMITH ET AL.  C. A. 11th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 911 F. 2d 1539.

No. 90–1075.  WALKER, DBA THE LAST CHANCE LOUNGE *v.* CITY OF KANSAS CITY, MISSOURI, FT AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–1211.  LAUVER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1254.  NEW YORK *v.* GUZMAN.  Ct. App. N. Y.  Certiorari denied.

No. 90–1337.  UNITED STATES *v.* NORTH; and
No. 90–1501.  NORTH *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Reported below: 285 U. S. App. D. C. 343, 910 F. 2d 843, and 287 U. S. App. D. C. 146, 920 F. 2d 940.

No. 90–1356.  PATTERSON *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 90–1360.  SEA-LAND SERVICE, INC. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–1382.  McCULLOUGH ET UX. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF TWIN CITY SAVINGS, FSA.  C. A. 11th Cir.  Certiorari denied.

No. 90–1386.  TARBELL ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–1389.  CLARK EQUIPMENT CO. ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–1437.  DOTSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.